UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 07 B 07075
    CHRISA HAWK
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-4800
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/19/07 .

2. The case was dismissed without confirmation, 07/20/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREATER SUBURBAN ACCEPT | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANK OF DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE TOLL HWY AUTHOR | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| ZALUTSKY & PINSKI | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $       .00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/09/07                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```